# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



Two Princess Street, Room 308
Wilmington, NC 28401-3947
910-679-2030
Fax: 910-815-4906

**DATE:** November 16, 2017

**FROM:** J. Brock Knight
U.S. Probation Officer

**SUBJECT:** LUTHER, David Wayne
Case No.: 7:14-CR-4-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 6, 2015, pursuant to a guilty plea to Violation of the Clean Water Act; Violation of the Rivers and Harbor Act of 1899; Aiding and Abetting, David Wayne Luther appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 5 years of probation.

He has performed satisfactorily on supervision. All drug screens have been negative, and he has been on low intensity supervision since September 2016. His probation is set to expire on January 5, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and has no objection to this request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    11-16-17
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 7:14-CR-4-1BO

**DAVID WAYNE LUTHER**

On January 6, 2015, the above named was placed on probation for a period of 5 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2030<br>Executed On: November 16, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16_ day of _November_, 2017.

Terrence W. Boyle  
U.S. District Judge